UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Dino Woods, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:01-CV-616-APR |
| Lisa Duncan, et al., | ) ) ) |
| Defendants. | ) |

## STIPULATED DISMISSAL

Plaintiff, Dino Woods, and defendants, Portage Police Department, Lisa Duncan, James Eagen, Allen Ciesielski, Christian Irsa, Damon Wasilewski, Howard Keith Burdin and Frank Lizak, being all the parties herein, by and through their respective counsel, hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1) to the dismissal of this case with prejudice.

By: _____
SUSAN KOZLOWSKI
Attorney #19830-64
13427 Arizona Street
P.O. Box 906
Crown Point, IN 46307

Attorney for Plaintiff

HODGES & DAVIS, P.C.

By: _____
R. LAWRENCE STEELE
Attorney #456-45
8700 Broadway
Merrillville, IN 46410

Attorneys for Defendants

40319

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

Dino Woods

    *Plaintiff*

v.                                **CASE NUMBER 2:01-CV-616**

Lisa Duncan, et al.,

    *Defendant*s

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2004, a copy of the Stipulated Dismissal and proposed Order was served on the following counsel of record by depositing same in the United States Mail, first class postage prepaid, and addressed as follows:

    Susan Kozlowski, Esq.
    Attorney at Law
    13427 Arizona Street
    P.O. Box 906
    Crown Point, IN  46307

        HODGES & DAVIS, P.C.
        ATTORNEYS FOR DEFENDANTS

        BY: _____
        R. LAWRENCE STEELE
        Attorney No. 456-45
        David H. Kreider
        Attorney No. 5343-71
        8700 Broadway
        Merrillville, Indiana  46410
        Phone:  (219) 641-8700

40319.1